UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LARRY DARNELL GIVENS,

    Petitioner,

v.

STATE OF WASHINGTON,

    Respondent.

Case No. C09-5219BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 5). The Court having considered the Report and Recommendation, Plaintiff's failure to file objections, and the remaining record, does hereby find and order:

(1)     The Court adopts the Report and Recommendation; and

(2)     Petitioner's Motion to Proceed *In Forma Pauperis* is **DENIED**. Petitioner shall pay the filing fee of $5.00 within thirty days from service of this order or the petition will be **DISMISSED**.

DATED this 22nd day of June, 2009.

                                  BENJAMIN H. SETTLE
                                  United States District Judge

ORDER